UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE WILD SWAN,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID ROEMER, in his official capacity as Superintendent, Glacier National Park, *et al.*;<br><br>  Defendants. | Civil Action No. 24-398 (APM) |

**JOINT STATUS REPORT**

This Court directed the Parties to file a joint status report that addressed five topics. Order (Apr. 23, 2024), ECF No. 13. Generally, the Parties have resolved the issues that remained outstanding on the date of the Order. Plaintiff Friends of the Wild Swan, however, still seek proof that Defendants granted the fee waiver that Friends requested.

**I. The status of Plaintiffs' FOIA request**

Friends consider their Freedom of Information Act (FOIA), 5 U.S.C. § 552, request complete because Defendants have informed Friends that Defendants possess no additional responsive documents.

**II. The anticipated number of documents responsive to Plaintiff's FOIA request.**

Defendants produced approximately 92 documents in response to Friends' request.

**III. The anticipated date(s) for release of the documents requested by Plaintiff**

The Parties consider Friends' request completed on May 6, 2024.

### IV. Whether a motion for a stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976)

The Parties see no reason for a stay to produce additional documents.

### V. Whether the Parties anticipate summary judgment briefing and, if so, a proposed briefing schedule.

The Parties anticipate no further briefing.

The Parties suggest that they file another Joint Status Report within fourteen days, by May 21, 2024, to advise on the status of their settlement negotiations regarding attorneys' fees.

Dated May 7, 2024,

/s/ Jared S. Pettinato
JARED S. PETTINATO, D.C. Bar No. 496901
The Pettinato Firm
1802 Vernon St. NW, PMB 620
Washington, DC 20009
Jared@JaredPettinato.com
Attorney for Plaintiff
*Attorney for Plaintiff Friends of the Wild Swan*

MATTHEW M. GRAVES, D.C. Bar# 481052
United States Attorney
BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Fithawi Berhane
(*filed by filing attorney with written permission provided on May 7, 2024*)
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
 (202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*