IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE WILD SWAN,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID ROEMER, in his official capacity as Superintendent, Glacier National Park, *et al.*;<br><br>  Defendants. | Case No. 24-398 (APM) |

**PLAINTIFF'S STATUS REPORT**

On May 8, 2024, the Court directed the Parties to file a joint status report informing the Court "whether a fees dispute remains and, if so, proposes a schedule for further proceedings." Min. Order. That day, Friends of the Wild Swan's counsel emailed an invoice settlement proposal to counsel for Defendants Superintendent of Glacier National Park David Roemer, Intermountain Regional Director of the National Park Service Katharine Hammond, and the National Park Service (the Park Service). When Friends' counsel heard nothing by today, he emailed counsel for the Park Service. Counsel for the Park Service informed Friends' counsel that it did not have any counterproposal. It also provided no document proving the Park Service granted Friends' request for a fee waiver. *See* Joint Status Report 1, ECF No. 14. The Park Service proposed briefing fees.

Friends' counsel suggested a telephone call to discuss moving forward, and the Parties' counsel spoke about next steps. When they could not agree, Friends' counsel suggested the Parties file a consolidated status report in which each party could set out their respective positions. The Park Service's counsel declined, so Friends are filing this status report.

Briefing fees would only waste this Court's and the Parties' scarce and valuable resources while pushing them farther away from settling because the Park Service would also be liable for fees on fees. *See Noxell v. Firehouse No. 1 Bar-B-Que Rest.*, 771 F.2d 521, 528 (D.C. Cir. 1985) ("Hours reasonably devoted to a request for fees are compensable."). Friends respectfully request the Court to assign a magistrate judge to hold a telephonic mediation with the Parties and their decision-makers to facilitate a resolution. Friends believe this approach would most effectively advance settlement of this case with the least investment of resources by the Court or the Parties.

Dated May 21, 2024,   */s/ Jared S. Pettinato*
JARED S. PETTINATO
The Pettinato Firm
1802 Vernon St. NW, PMB 620
Washington, DC 20009
Jared@JaredPettinato.com
www.JaredPettinato.com

*Attorney for Plaintiff*