UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE WILD SWAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE NATIONAL PARK SERVICE, *et al.*<br><br>　　　　　Defendants. | Civil Action No. 24-398 (APM) |

### **DEFENDANTS' STATUS REPORT**

Pursuant to the Minute Order of May 8, 2024, the Court directed the Parties to file a joint status report indicating whether any fee dispute remains in this case.[1]

Defendant reports that it has reviewed a fee invoice provided by Plaintiff's counsel and that it is unwilling to agree to the terms of the settlement offered by Plaintiff. Defendant, however, is still determining whether it will make a counter-offer in this case. Thus, Defendant, through counsel, proposed to Plaintiff on May 21, 2024, that the Parties propose a schedule to brief Plaintiff's fee petition while informal settlement negotiations remain ongoing. Defendant understands that Plaintiff does not wish to set a briefing schedule at this time. Accordingly,

---

[1]　On the afternoon of May 21, 2024, the undersigned counsel circulated a draft Joint Status Report to Plaintiff's counsel, advising Plaintiff's counsel to identify a suitable due date for its motion for attorney's fees. Then, during a phone call later in the day (and subsequently, in another circulated draft Joint Status Report, to which Plaintiff never responded before filing its own status report, *see* ECF No. 15), the undersigned counsel also stated that the Parties could simply ask the Court for another Joint Status Report date if Plaintiff, for whatever reason, did not wish to commit itself to a briefing schedule at this time. Both options were unpalatable to Plaintiff's counsel, who suddenly demanded that both parties filed a Joint Status Report requesting that this case be referred to a magistrate judge for mediation. The undersigned counsel objected to this course of action, and because of the Parties' disagreement on this matter, they have resorted to filing separate status reports instead of the ordered Joint Status Report. The undersigned counsel apologizes for any inconvenience to the Court caused by the Parties' inability to agree on a Joint Status Report, as ordered.

Defendant asks that the Court require the parties to file a further joint status report in thirty days, if the matter has not settled before then, to include a proposed briefing schedule for Plaintiff's fee petition.

* * *

Dated May 21, 2024,             Respectfully submitted,

                                           MATTHEW M. GRAVES, D.C. Bar# 481052
                                           United States Attorney

                                           BRIAN P. HUDAK
                                           Chief, Civil Division

                                           By:    */s/ Fithawi Berhane*
                                                      FITHAWI BERHANE
                                                      Assistant United States Attorney
                                                      601 D Street, NW
                                                      Washington, DC 20530
                                                      (202) 252-6653
                                                      Fithawi.Berhane@usdoj.gov

                                           *Attorneys for the United States of America*