# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE WILD SWAN,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ROEMER, in his official capacity as Superintendent, Glacier National Park, *et al.*;<br><br>Defendants. | Case No. 24-398 (APM) |

## JOINT STATUS REPORT

On May 22, the Court ordered the Parties to file a joint status report "which updates the court on efforts to settle their fees dispute." Min. Order. The Parties have continued negotiating over attorney fees, but have reached an impasse.

Here, Friends of the Wild Swan sought to inform the Court of their efforts by reporting the timing and sequence of offers and counteroffers. Glacier National Park David Roemer, Intermountain Regional Director of the National Park Service Katharine Hammond, and the National Park Service (the Park Service) opposed sharing that information.

Nonetheless, the Parties agreed to propose this schedule for briefing attorney fees:

July 22, 2024: By this date, Friends shall file any opening brief.

August 22, 2024: By this date, the Park Service shall file any response brief.

September 12, 2024: By this date, Friends shall file any reply brief.

The Parties believe that this schedule will allow the Court and the Parties to resolve the

outstanding issues in this case.

Dated June 24, 2024,          */s/ Jared S. Pettinato*
                              JARED S. PETTINATO
                              The Pettinato Firm
                              1802 Vernon St. NW, PMB 620
                              Washington, DC 20009
                              Jared@JaredPettinato.com
                              www.JaredPettinato.com

                              *Attorney for Plaintiff*

                              MATTHEW M. GRAVES, D.C. Bar# 481052
                              United States Attorney
                              BRIAN P. HUDAK
                              Chief, Civil Division

                              By:    */s/ Fithawi Berhane*
                              (*Signed by filing attorney with written consent provided on
                              June 24, 2024*)
                              FITHAWI BERHANE
                              Assistant United States Attorney
                              601 D Street, NW
                              Washington, DC 20530
                               (202) 252-6653
                              Fithawi.Berhane@usdoj.gov

                              *Attorneys for the United States of America*

Joint Status Report
*Friends of the Wild Swan v. Roemer*                                                    2