# EXHIBIT 5

# Fwd: FOIA NPS-2023-005981_Montgomery_GLAC follow-up after response.

**Arlene Montgomery <arlene@wildswan.org>**  Apr 17, 2024, 11:43 AM
**To:** Jared Pettinato <jared@jaredpettinato.com>

Hi Jared

Arlene


Arlene Montgomery
Friends of the Wild Swan
PO Box 103
Bigfork, MT 59911
arlene@wildswan.org


> Begin forwarded message:
>
> **From:** "Yamato, Alison" <Alison_Yamato@nps.gov>
> **Subject: FOIA NPS-2023-005981_Montgomery_GLAC follow-up after response.**
> **Date:** April 16, 2024 at 4:44:48 PM MDT
> **To:** "arlene@wildswan.org" <arlene@wildswan.org>
> **Cc:** "Icenoggle, Gina D" <gina_icenoggle@nps.gov>, "Wilson, Bryan P." <bryan.wilson@sol.doi.gov>

Ms. Montgomery,

Please find attached a revised final response letter – my apologies that you received an incomplete draft initially due to work we thought another coworker had taken on. Thus, the numbers of files/pages was also incorrect. I am also attaching the missing Biological Assessment that was also meant to be part of the final responsive records. We are only asserting redactions on 6 files and those are very straight forward. Als the timeline that was requested was initially included in the BA document but further was updated in the FONSI. Since that is a public document, you can attain a copy of that from the PEPC website, here: https://parkplanning.nps.gov/documentsList.cfm?parkID=61&projectID=112243. I appreciate your patience as we were re-reviewing to be sure we had all of the records.

Thanks,
-Alison

*"Do what you can, with what you have, where you are."*
-Theodore Roosevelt

Alison Yamato
Government Information Specialist
NPS FOIA Officer - Intermountain Region
Department of Interior Regions 6, 7 & 8
12795 W Alameda Pkwy
Lakewood, CO 80228
303.969.2242 (O)
303.243.4096 (C)

**Attachments:** 23-5981 Montgomery Final_REVISED04122024docx.docx (54.5 KB) ,MessagePart (1 KB) ,1-Signed_Gunsight Lake BA Glacier National Park_FINAL_5-5-2023.pdf (1 MB) ,MessagePart (1 KB)