# EXHIBIT 11-A



United States Department of the Interior

OFFICE OF THE SOLICITOR
Washington, D.C. 20240

IN REPLY REFER TO:
**Appeal No. 2023-016**

September 20, 2023

Jared Pettinato
3416 13th St., NW, #1
Washington, DC 20010

Dear Mr. Pettinato:

This responds to the October 10, 2022, Freedom of Information Act ("FOIA") appeal ("appeal") that you filed with the Department of the Interior's FOIA Appeals Office ("Department") on behalf of Yellowstone Voices. Your appeal, which the Department assigned as **Appeal Number 2023-016**, concerns an August 23, 2022, FOIA request to the National Park Service ("NPS") that sought documents generally regarding the Notice of Intent to Prepare an Environmental Impact Statement for a Bison Management Plan for Yellowstone National Park. You filed the appeal to challenge the adequacy of the NPS's search for responsive documents.

In response to the appeal, the NPS reviewed the initial file search it conducted and advised the Department that it located additional documents that are responsive to the August 23, 2022, FOIA request. To resolve the appeal, **by copy of this letter, the Department will REMAND this matter to the NPS for further processing as follows:**

- ➢ **Make a determination on the releasability of the additional responsive documents it located.**
- ➢ **Correspond directly to the Appellant regarding the remand (with a copy of the letter to this Office).**
- ➢ **Complete the processing of the remand within 20 workdays of the date of this decision, including releasing the disclosable portions of the additional responsive documents it located or information for which it does not reasonably foresee that disclosure would harm an interest protected by an exemption.**[1]

If you are dissatisfied with the new response that the NPS sends, you may file a new appeal with the Department in accordance with the procedures set forth in the Department's FOIA regulations.[2]

This completes the Department's response to your appeal. If you have any questions regarding this matter, please e-mail them to the FOIA Appeals Office at foia.appeals@sol.doi.gov.

Sincerely,

Darrell R. Strayhorn
FOIA Appeals Officer
Department of the Interior

---

[1] *See 5 U.S.C. § 552(b)* (discussion after exemptions); *C.F.R. § 2.25(a)*; *5 U.S.C. § 552(a)(8)(A)(i)(I)*; *43 C.F.R. § 2.24(b)(3)*.

[2] *See 43 C.F.R. Part 2, Subpart H*.

**Jared Pettinato**
**FOIA Appeal No. 2023-016**
**Page 2 of 2**


cc: Yellowstone National Park FOIA Officer (**FOR ACTION**)
    Acting NPS FOIA Officer
    Intermountain Region FOIA Officer, NPS