# EXHIBIT 11-B

# The Pettinato Firm                                                  INVICE

1802 Vernon St. NW, PMB 620                                           Invoice # 49
Washington, DC 20009                                                  Date: 06/27/2024
                                                                      Due On: 07/27/2024

Friends of the Wild Swan
PO Box 103
Bigfork, MT 59911

## 00017-Friends of the Wild Swan

## Gunsight Lake Freedom of Information Act lawsuit.

**Services**

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 02/04/2024 | Draft complaint. | 1.50 | $726.00 | $1,089.00 |
| 02/05/2024 | Draft complaint. | 3.00 | $726.00 | $2,178.00 |
| 02/05/2024 | Email A. Montgomery re: draft complaint and next steps. | 0.20 | $726.00 | $145.20 |
| 02/08/2024 | Edit complaint and email A. Montgomery re: filing and next steps (.1). | 0.30 | $726.00 | $217.80 |
| 02/12/2024 | Draft corporate representation statement (.2) and email A. Montgomery. | 0.30 | $726.00 | $217.80 |
| 02/13/2024 | Call clerk's office to request issuance of summonses (.1) and email A. Montgomery re: judicial assignment, next steps and coordination (.2). | 0.30 | $726.00 | $217.80 |
| 03/20/2024 | Call with I. Berthane and email A. Montgomery re: National Park Service request for an extension of time to file the answer. | 0.20 | $726.00 | $145.20 |
| 03/21/2024 | Call with A. Montgomery and email I. Berhane re: motion for an extension of time (.1). | 0.40 | $726.00 | $290.40 |
| 03/21/2024 | Meet with A. Montgomery re: documents, motion for extension, and next steps. | 0.50 | $726.00 | $363.00 |
| 03/28/2024 | Review analysis sent from A. Montgomery and review documents received. | 0.50 | $726.00 | $363.00 |
| 03/28/2024 | Email to I. Berhane re: documents and email A. Montgomery. | 0.30 | $726.00 | $217.80 |
| 03/28/2024 | Call with A. Montgomery re: incomplete set of documents produced. | 0.50 | $726.00 | $363.00 |
| 04/18/2024 | Analyze different response letters for inconsistencies (.2), and email A. Montgomery re: next steps (.1). | 0.30 | $726.00 | $217.80 |

| Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| 04/23/2024 | Review case management order and email A. Montgomery re: next steps (.1), and call with A. Montgomery re: next steps (.5). | 0.60 | $726.00 | $435.60 |
| 04/24/2024 | Draft letter to I. Berhane re: missing documents and next steps. | 0.60 | $726.00 | $435.60 |
| 04/24/2024 | Call with A. Montgomery re: email correspondence to I. Berthane (.2) and revise email and spreadsheet. | 0.40 | $726.00 | $290.40 |
| 05/03/2024 | Email I. Berhane and A. Montgomery re: status of document requests and status report. | 0.30 | $726.00 | $217.80 |
| 05/06/2024 | Review email from I. Berhane (.1), email A. Montgomery re: next steps (.2), and email I. Berhane re: status report (.2). | 0.50 | $726.00 | $363.00 |
| 05/06/2024 | Call with A. Montgomery re: Freedom of Information Act response and next steps. | 0.40 | $726.00 | $290.40 |
| 05/06/2024 | Draft joint status report and email A. Montgomery (.1). | 0.40 | $726.00 | $290.40 |
| 05/07/2024 | Edit joint status report (.2), email A. Montgomery (.1), and email and call I. Berhune (.2) | 0.50 | $726.00 | $363.00 |
| 05/21/2024 | Email A. Montgomery re: joint status report and calls with A. Montgomery (.5). | 0.70 | $726.00 | $508.20 |
| 05/21/2024 | Review joint status report draft from I. Berhane and draft status report. | 0.50 | $726.00 | $363.00 |
| | **Quantity Subtotal** | | | **13.2** |
| | **Services Subtotal** | | | **$9,583.20** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 02/09/2024 | Filing fee. | 1.00 | $405.00 | $405.00 |
| | | | **Expenses Subtotal** | | **$405.00** |
| | | | **Quantity Total** | | **13.2** |
| | | | **Subtotal** | | **$9,988.20** |
| | | | **Total** | | **$9,988.20** |

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 49 | 07/27/2024 | $9,988.20 | $0.00 | $9,988.20 |
| | | | **Outstanding Balance** | **$9,988.20** |
| | | | **Total Amount Outstanding** | **$9,988.20** |

Please make all amounts payable to: The Pettinato Firm

Please pay within 30 days.