# EXHIBIT 11-C

## Pay.gov Payment Confirmation: DISTRICT OF COLUMBIA DISTRICT COURT

**do_not_reply@psc.uscourts.gov**  Feb 9, 2024, 3:00 PM
**To:** jared@jaredpettinato.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Office at (202) 354-3100.

Account Number: 3318308
Court: DISTRICT OF COLUMBIA DISTRICT COURT
Amount: $405.00
Tracking Id: ADCDC-10680204
Approval Code: 142637
Card Number: ************3001
Date/Time: 02/09/2024 03:00:29 ET

NOTE: This is an automated message. Please do not reply